IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Piedlow, Marc A

Printed: 11/27/07

Case Number: 07 B 10823
Judge: Squires, John H
Filed: 6/18/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 17, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Bank | Secured | 16,285.00 | 0.00 |
| 4. | Litton Loan Servicing | Secured | 2,000.00 | 0.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 8,000.00 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 27.60 | 0.00 |
| 7. | Receivables Management Inc | Unsecured | 10.00 | 0.00 |
| 8. | Illinois State Tollway | Unsecured | 12.22 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 7.92 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 6.84 | 0.00 |
| 11. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 12. | American Collections & Credit | Unsecured | | No Claim Filed |
| 13. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 14. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 15. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 16. | Target National Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 26,349.58 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Piedlow, Marc A

Printed: 11/27/07

Case Number: 07 B 10823
Judge: Squires, John H
Filed: 6/18/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Denise Ashley*